# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRACY JONES, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00492-JRG |
| § | |
| MEDICAL DATA SYSTEMS, INC., et al. § | |
| § | |
| *Defendants*. § | |
| § | |

## ORDER

Before the Court is Plaintiff Tracy Jones's ("Plaintiff") Notice of Voluntary Dismissal as to Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and Trans Union, LLC (collectively, "Defendants") (the "Notice"). (Dkt. No. 19.) In the Notice, Plaintiff dismisses all claims against Defendants with prejudice pursuant to Rule 41(a)(1)(A)(i). (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is directed to **CLOSE** the above-captioned case as no claims or causes of action remain.

**So ORDERED and SIGNED this 13th day of February, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE